IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRANT HICKS, TRISTAN NIXON, and LUCAS MARIO NUTT, <br><br>Plaintiffs, <br><br>v. <br><br>THE CITY OF MURFREESBORO, TENNESSEE, <br><br>Defendant. | NO. 3:22-cv-00746 <br><br>JUDGE CAMPBELL <br>MAGISTRATE JUDGE HOLMES |

## ORDER

Pursuant to the Stipulation of Dismissal filed by the parties (Doc. No. 39), this case is **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE